# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

Farm Credit Leasing Services Corporation )
)
)
    Plaintiff(s), )
)
   vs. ) Case No.
Aaron Joseph Guethle )
)
)
    Defendant(s). )

## DISCLOSURE OF ORGANIZATIONAL INTERESTS
## CERTIFICATE

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for <u>Farm Credit Leasing</u> hereby discloses the following organizational interests:

1. If the subject organization is a corporation,

   a. Its parent companies or corporations (if none, state "none"):
      Cobank, ACB

   b. Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):
      None

   c. Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):
      None

2. If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship: N/A

/s/ Andrew Scavotto
Signature (Counsel for Plaintiff/Defendant)
Print Name: Andrew Scavotto
Address: 7700 Forsyth Blvd. Ste.1100
City/State/Zip: St. Louis MO 63105
Phone: (314) 863-0800

### Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on: March 7, 2019 , 20_____.

/s/ Andrew Scavotto, 57826MO
Signature